No. 943. SLAVITT v. UNITED STATES. Court of Claims. Certiorari denied. *Charlotte Slavitt* pro se. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for the United States. Reported below: —— Ct. Cl. ——.

No. 955. FONG, TRADING AS ASIA DEVELOPMENT CORP., ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Smith W. Brookhart, Ralph E. Becker, Benjamin H. Dorsey* and *F. Murray Callahan* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for the United States. 

No. 960. CANADIAN NATIONAL RAILWAY CO. v. TAYLOR. C. A. 2d Cir. Certiorari denied. *H. H. Powers* for petitioner. *Joseph A. McNamara* for respondent. 

No. 965. MARQUES-ARBONA v. SECRETARY OF THE TREASURY OF PUERTO RICO. Supreme Court of Puerto Rico. Certiorari denied. *Santos P. Amadeo* for petitioner. *J. B. Fernandez Badillo*, Solicitor General of Puerto Rico, for respondent. Reported below: —— P. R. ——.

No. 1025. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA v. GOLDBERG, SECRETARY OF LABOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward Bennett Williams* and *Raymond W. Bergan* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle, Alan S. Rosenthal* and *Charles Donahue* for respondent.